IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUIS A. RINCON, SR., | § |
| *Plaintiff*, | § |
| v. | § No. 3:24-CV-1419-X |
| PEPSICO LAW DEPARTMENT, *et al.*, | § |
| *Defendants*. | § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 19). Rincon filed a motion for reconsideration, which the Court construes as an objection. (Doc. 20). Rincon argues that the Covid-19 pandemic is justification for equitable tolling of this lawsuit by over two years. The Court disagrees. "[A] litigant is entitled to equitable tolling of a statute of limitations . . . if he establishes two elements: (1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way and prevented timely filing."[1]

Rincon's assertion that he was diligent in pursuing his rights is wholly conclusory. And the Covid-19 pandemic, in insolation, is not an "extraordinary circumstance" that prevented Rincon from filing his case.[2] The District Court

---

[1] *Menominee Indian Tribe of Wis. v. United States*, 577 U.S. 250, 255 (2016) (quoting *Holland v. Florida*, 560 U.S. 631, 649 (2010)) (cleaned up).

[2] *Id.*

reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 6th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE